IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIM CARRICO AND SMALL PROPERTY OWNERS OF SAN FRANCISCO INSTITUTE,

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

No. C 09-00605 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The request for a two-month continuance is **DENIED**. The original complaint as well as the first amended complaint involves the same subject matter and differs only as to theories. Therefore, the parties have been on notice of the basic contentions since February 10, 2009. Consequently, a continuance is unnecessary but, nonetheless, the case management conference will be **CONTINUED** from May 21 to **JUNE 4 AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

    **IT IS SO ORDERED.**

Dated: May 12, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE