IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIM CARRICO, SMALL PROPERTY
OWNERS OF SAN FRANCISCO
INSTITUTE, and MARY FIGONE

    Plaintiffs,

  v.

CITY AND COUNTY OF SAN
FRANCISCO,

    Defendant.

No. C 09-00605 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE