IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM CARRICO, SMALL PROPERTY OWNERS OF SAN FRANCISCO INSTITUTE, and MARY FIGONE,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendants. | No. C 09-00605 WHA<br><br>**ORDER DISMISSING ACTION** |

On September 6, 2011, our court of appeals entered an opinion holding that plaintiff-appellants' allegations were insufficient to confer standing and that amendment would be futile. The action was remanded with instructions to dismiss for lack of jurisdiction (Dkt. No. 61). The mandate returning this action to the district court has just been entered (Dkt. No. 62). The action is accordingly **DISMISSED** for lack of jurisdiction. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE